# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

152025(20)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES SCOTT NEWMAN,
     Defendant-Appellant.

_____/

SC: 152025
COA: 327000
Livingston CC: 14-021983-FC;
     14-021984-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental brief in support of his ineffective assistance of counsel claim only is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before November 25, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015

